**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KOLE, TROY D § Case No. 12-08018
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn St., 7th Floor, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 04/23/2013 in Courtroom 613, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/15/2013    By: /s/DEBORAH K. EBNER
                     Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: KOLE, TROY D | § | Case No. 12-08018 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,000.00 |
| *and approved disbursements of* | $ | 865.26 |
| *leaving a balance on hand of* [1] | $ | 9,134.74 |

**Balance on hand:**                       $            9,134.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $            0.00
Remaining balance:                         $        9,134.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 1,670.00 | 0.00 | 1,670.00 |
| Trustee, Expenses - DEBORAH K. EBNER | 3.88 | 0.00 | 3.88 |

Total to be paid for chapter 7 administration expenses:   $        1,673.88
Remaining balance:                                        $        7,460.86

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,460.86 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,460.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,440.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 27,341.58 | 0.00 | 5,755.89 |
| 2 | Nicor Gas | 722.17 | 0.00 | 152.03 |
| 3 | American Express Bank, FSB | 1,993.85 | 0.00 | 419.74 |
| 4 | Portfolio Recovery Associates, LLC | 5,382.92 | 0.00 | 1,133.20 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,460.86 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Case 12-08018    Doc 34    Filed 03/18/13    Entered 03/20/13 23:48:21    Desc Imaged
Certificate of Notice    Page 4 of 6

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-08018-TAB
Troy D Kole  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: dramey    Page 1 of 2    Date Rcvd: Mar 18, 2013
                     Form ID: pdf006    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2013.
```
db            +Troy D Kole,    405 Alpine Lane,   Hoffman Estates, IL 60169-1916
18559654      +American Express,    PO Box 981537,   El Paso, TX 79998-1537
19752871       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18559655      +BestPractices of Northwest,    PO Box 758682,   Baltimore, MD 21275-8682
18559657      +GWMB/DSGI,    PO BOX 965005,   Orlando, FL 32896-5005
18559659      +Nations Recovery Center,    6491 Peachtree Industrial Blvd,   Atlanta, GA 30360-2100
18559660       Nelnet Loan Serivice,    3015 S. Parker RD #400,   Indianapolis, In 46240
18559662      +Northwest Community Hospital,    PO Box 95698,   Chicago, Il 60694-5698
19995760     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
18559663      +Rent Recover,    220 Gerry DR,   Wood Dale, IL 60191-1129
18559664      +Scott & Carrie Felgenhauer,    928 Sharon Ln,   Schaumburg, IL 60193-1349
18559665      +Tadeusz Korona,    c/o Maciej J. Ordon,   135 S LaSalle Street, Ste 3300,   Chicago, IL 60603-4134
18559666      +WFNNB/HARLEM,    PO Box 182789,   Columbus, Oh 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18559656      +E-mail/Text: bankruptcy@commercebank.com Mar 19 2013 03:06:19     Commerce Bank,   PO BOX 411036,
               Kansas City, MO 64141-1036
19665591       E-mail/Text: bankruptcy@commercebank.com Mar 19 2013 03:06:19     Commerce Bank,   P O BOX 419248,
               KCREC-10,   Kansas City, MO 64141-6248
18559658      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2013 02:12:23     Midland Funding,
               8875 Aero Dr #200,   San Diego, CA 92123-2255
19685715      +E-mail/Text: bankrup@aglresources.com Mar 19 2013 02:11:00     Nicor Gas,   Po box 549,
               Aurora il 60507-0549
18559661      +E-mail/Text: bankrup@aglresources.com Mar 19 2013 02:11:00     Nicor Gas,   POB 8350,
               Aurora, Il 60507-8577
                                                                                               TOTAL: 5
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: dramey               Page 2 of 2                   Date Rcvd: Mar 18, 2013
                               Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2013 at the address(es) listed below:
          David H Cutler    on behalf of Debtor Troy D Kole cutlerfilings@gmail.com
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
          IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
          admin.assistant@debnertrustee.com
          Frank J Kokoszka    on behalf of Creditor Tadeusz  Korona fkokoszka@k-jlaw.com,
          fkokoszka@gmail.com;admin@k-jlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                         TOTAL: 4