# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: KOLE, TROY D                                         Case No. 12-08018
_____,            Chapter   7
                              Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $10,375.00                    Assets Exempt: $9,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,460.86      Claims Discharged
                                                Without Payment: $58,998.66

Total Expenses of Administration: $1,739.14

---

   3) Total gross receipts of $   10,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    800.00   (see **Exhibit 2**), yielded net receipts of $9,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,739.14 | 1,739.14 | 1,739.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,717.00 | 35,440.52 | 35,440.52 | 7,460.86 |
| **TOTAL DISBURSEMENTS** | $57,717.00 | $37,179.66 | $37,179.66 | $9,200.00 |

4) This case was originally filed under Chapter 7 on February 29, 2012. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/19/2013          By: /s/DEBORAH K. EBNER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance resulting from passing of Grandmothe | 1290-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Troy Kole | Exemption | 8100-002 | 800.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$800.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,670.00 | 1,670.00 | 1,670.00 |
| DEBORAH K. EBNER | 2200-000 | N/A | 3.88 | 3.88 | 3.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.26 | 15.26 | 15.26 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,739.14 | $1,739.14 | $1,739.14 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | 18,625.00 | 27,341.58 | 27,341.58 | 5,755.89 |
| 2 | Nicor Gas | 7100-000 | 698.00 | 722.17 | 722.17 | 152.03 |
| 3 | American Express Bank, FSB | 7100-000 | 1,993.00 | 1,993.85 | 1,993.85 | 419.74 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 5,382.00 | 5,382.92 | 5,382.92 | 1,133.20 |
| NOTFILED | Northwest Community Hospital | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Loan Serivice | 7100-000 | 19,575.00 | N/A | N/A | 0.00 |
| NOTFILED | Tadeusz Korona c/o Maciej J. Ordon | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rent Recover | 7100-000 | 2,332.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott & Carrie Felgenhauer | 7100-000 | 4,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Nations Recovery Center | 7100-000 | 1,085.00 | N/A | N/A | 0.00 |
| NOTFILED | GWMB/DSGI | 7100-000 | 1,085.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 1,165.00 | N/A | N/A | 0.00 |
| NOTFILED | BestPractices of Northwest | 7100-000 | 777.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $57,717.00 | $35,440.52 | $35,440.52 | $7,460.86 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-08018  
**Case Name:** KOLE, TROY D  

**Period Ending:** 05/19/13

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 02/29/12 (f)  
**§341(a) Meeting Date:** 04/18/12  
**Claims Bar Date:** 02/05/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Checking - Wells Fargo | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Security deposit with landlord | 1,375.00 | 0.00 | | 0.00 | FA |
| 3 | Personal possessions in home | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Personal clothing | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Term life through employer | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 401K | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | Anticipated Tax refund 2011 | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 2005 Jeep Grand Cherokee 86,000 miles (joint wit | 4,500.00 | 0.00 | | 0.00 | FA |
| 9 | Inheritance resulting from passing of Grandmothe | 10,000.00 | 0.00 | | 10,000.00 | FA |
| 10 | Error (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| **10** | **Assets Totals** (Excluding unknown values) | **$20,375.00** | **$0.00** | | **$10,000.00** | **$0.00** |

RE PROP# 10    Entered in error

**Major Activities Affecting Case Closing:**

   Liquidated

**Initial Projected Date Of Final Report (TFR):**   February 15, 2013        **Current Projected Date Of Final Report (TFR):**   March 15, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-08018  
**Case Name:** KOLE, TROY D  

**Taxpayer ID #:** **-***0279  
**Period Ending:** 05/19/13  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******51-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/14/12 | {9} | Matthew C, Kole | inheritance | 1290-000 | 10,000.00 | | 10,000.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,950.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | 9999-000 | | 9,950.00 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 10,000.00 | 10,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 9,950.00 | |
| Subtotal | 10,000.00 | 50.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $10,000.00 | $50.00 | |

{} Asset reference(s)  
Printed: 05/19/2013 08:57 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-08018 | | **Trustee:** | DEBORAH K. EBNER (330480) |
| **Case Name:** | KOLE, TROY D | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****780166 - Checking Account |
| **Taxpayer ID #:** | **-***0279 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/19/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,950.00 | | 9,950.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.26 | 9,934.74 |
| 02/07/13 | 10101 | Troy Kole | Exemption | 8100-002 | | 800.00 | 9,134.74 |
| 04/23/13 | 10102 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,670.00, Trustee Compensation; Reference: | 2100-000 | | 1,670.00 | 7,464.74 |
| 04/23/13 | 10103 | DEBORAH K. EBNER | Dividend paid 100.00% on $3.88, Trustee Expenses; Reference: | 2200-000 | | 3.88 | 7,460.86 |
| 04/23/13 | 10104 | Commerce Bank | Dividend paid 21.05% on $27,341.58; Claim# 1; Filed: $27,341.58; Reference: XXX0209 | 7100-000 | | 5,755.89 | 1,704.97 |
| 04/23/13 | 10105 | Nicor Gas | Dividend paid 21.05% on $722.17; Claim# 2; Filed: $722.17; Reference: 151631 | 7100-000 | | 152.03 | 1,552.94 |
| 04/23/13 | 10106 | American Express Bank, FSB | Dividend paid 21.05% on $1,993.85; Claim# 3; Filed: $1,993.85; Reference: XXX1341 | 7100-000 | | 419.74 | 1,133.20 |
| 04/23/13 | 10107 | Portfolio Recovery Associates, LLC | Dividend paid 21.05% on $5,382.92; Claim# 4; Filed: $5,382.92; Reference: XXX9086 | 7100-000 | | 1,133.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,950.00 | 9,950.00 | $0.00 |
| | | | Less: Bank Transfers | | 9,950.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,950.00 | |
| | | | Less: Payments to Debtors | | | 800.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $9,150.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******51-66** | 10,000.00 | 50.00 | 0.00 |
| **Checking # ****780166** | 0.00 | 9,150.00 | 0.00 |
| | $10,000.00 | $9,200.00 | $0.00 |

{} Asset reference(s)    Printed: 05/19/2013 08:57 PM    V.13.13